# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Plaintiff,<br><br>UNITED STATES OF AMERICA<br><br>vs.<br><br>Defendants,<br><br>~~ANTHONY R. SUAREZ and~~<br>VINCENT TABBACHINO | HON. JOSE L. LINARES<br><br>CRIMINAL NO. 09-932<br><br>**CONSENT ORDER** |

**THIS MATTER** having been opened to the Court on the application of the Defendant, **VINCENT TABBACHINO**, by and through his attorney, Anthony A. Kress, Esq., on notice to Mark J. McCarren, Assistant U.S. Attorney, Kelly Domingues, U.S. Pre-Trial Services Office and Michael Critchley, Esq., attorney for the Co-Defendant, **ANTHONY R. SUAREZ**, for an Order granting the said **VINCENT TABBACHINO** permission to travel outside of the United States to Ontario, Canada, for the period of June 6, 2010 through June 12, 2010, and it appearing that the said **VINCENT TABBACHINO** has provided this Court, as well as Kelly Domingues of Pre-Trial Services and Mark J. McCarren, Assistant U.S. Attorney, with his itinerary, and the Court having considered the application and for good cause shown;

**IT IS** on this 2nd day of June, 2010,

**ORDERED** that **VINCENT TABBACHINO** be and he is hereby granted permission to travel to Ontario, Canada, for the period of June 6, 2010 through June 12, 2010; and it is hereby

**FURTHER ORDERED** that Pre-Trial Services shall return **VINCENT TABBACHINO'S** passport to him not more than forty-eight (48) hours prior to his date of departure, which passport the Defendant, **VINCENT TABBACHINO**, shall return to Pre-Trial Services not more than forty-eight (48) hours after his return from Canada; and it is hereby

**FURTHER ORDERED** that the bond in the amount of $100,000.00 which the Defendant, **VINCENT TABBACHINO**, originally posted to secure his release shall be amended to include premises commonly known as 426A – 63rd Street, West New York, New Jersey (valued at approximately $299,900.00) and that the bond as so amended be executed by the Defendant, **VINCENT TABBACHINO**, and his brother, **DIEGO TABBACHINO**.

HON. JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE

I HEREBY CONSENT TO THE
FORM AND ENTRY OF THE
WITHIN ORDER.

By: MARK J. McCARREN,
Assistant U.S. Attorney
Attorney for Plaintiff,
State of New Jersey

Consent Order.Tabbachino