# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Plaintiff,** | |
| **UNITED STATES OF AMERICA** : | **HON. JOSE L. LINARES** |
| vs. | **CRIMINAL NO. 09-932** |
| **Defendants,** | |
| **ANTHONY R. SUAREZ and VINCENT TABBACHINO** | **CONSENT ORDER** |

**THIS MATTER** having been opened to the Court on the application of the Defendant, **VINCENT TABBACHINO**, by and through his attorney, Anthony A. Kress, Esq., for an Order extending the time within which to file a Motion for a Judgment of Acquittal as to Count Two [2] (attempted extortion) of the above captioned Indictment after a guilty verdict was returned against the said Defendant, **VINCENT TABBACHINO**, thereon on October 27, 2010 and Mark J. McCarren, Assistant U.S. Attorney, having no objection thereto and consenting hereto and for other good cause being shown;

**IT IS** on this ___18th___ day of November, 2010,

**ORDERED** that the time within which the said Defendant, **VINCENT**

TABBACHINO, may move to dismiss Count Two [2] of the above captioned Indictment shall be and the same hereby is extended to December 3, 2010.

HON. JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE

I HEREBY CONSENT TO THE
FORM AND ENTRY OF THE
WITHIN ORDER.

U.S. DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY
DISTRICT OF NEW JERSEY

By: MARK J. McCARREN,
Assistant U.S. Attorney
Attorney for Plaintiff, State of New Jersey

2Consent Order.Tabbachino