UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Mag. No. 09-932 (JLL) |
| VINCENT TABBACHINO | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Mark J. McCarren, Assistant U.S. Attorney, appearing), and defendant Vincent Tabbachino (Anthony A. Kress, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of approximately thirty (30) days to allow the parties to engage in plea discussions regarding the money laundering counts (Counts 5 through 7) which were severed from the extortion and corruption counts which were resolved by virtue of the trial which ended on or about October 27, 2010, and the defendant being aware that he has the right to have the matter tried within seventy days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(c), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant and the Government desire additional time to engage in plea discussions related to the remaining counts which were severed for purposes of trial;

(2) The defendant has consented to the aforementioned continuance; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE IT IS on this _18_ day of January 2011,

ORDERED that this action be, and hereby is, continued for a period of approximately 30 days from January 15, 2011, through and including February 15, 2011; and it is further

ORDERED that the period from January 15, 2011, through and including February 15, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. JOSE L. LINARES
United States District Judge

I hereby consent to the
entry and form of this Order

Paul J. Fishman
United States Attorney

Mark J. McCarren
Assistant U.S. Attorney

Anthony Kress, Esq.
Counsel for Vincent Tabbachino

2