NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIM ACTION NO. 09-932 (JLL) |
| VINCENT TABBACHINO : | ORDER |
| Defendant. : | |

**LINARES, District Judge.**

IT IS on this 1st day of March, 2011,

**ORDERED** that Counsel for the United States of America and Counsel for Defendant Tabbachino shall appear before the undersigned on March 17, 2011 at 10:00 AM for a case status conference.

**SO ORDERED.**

/s/ Jose L. Linares
United States District Judge