NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> VINCENT TABBACHINO, <br><br> Defendant. | Criminal No.: 2:09-932-JLL-02 <br><br><br> **ORDER** |

This matter, having come before the Court by way of motion for judgment of acquittal filed by Defendant, Vincent Tabbachino, respectively, and, for the reasons set forth on the record on

July 7, 2011,

**IT IS** on this **20th day of SEPTEMBER, 2011;**

**ORDERED** that Defendant, Vincent Tabbachino's motion for judgment of acquittal [CM/ECF Docket Entry No. 92] is **DENIED**.

Jose L. Linares
United States District Judge